**Sylvester E. HARDING, III, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 2011–3091.**

United States Court of Appeals, Federal Circuit.

Oct. 25, 2011.

Sylvester E. Harding III, Lumberton, NC, for Petitioner.

Renee Gerber, Armando A. Rodriguez–FEO, Department of Justice, Washington, DC, for Respondent.

LOURIE, Circuit Judge.

### ON MOTION

### ORDER

Sylvester E. Harding, III moves for reconsideration of this court's September 1,

2011, 428 Fed.Appx. 989, order denying his motion for a stay and default judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.